**GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP**
JEFF K. JOYNER (SBN 180485)
jjoyner@glaserweil.com
GIANNA SEGRETTI (SBN 323645)
gsegretti@glaserweil.com
ROBERTO C. ARBULU (SBN 340381)
rarbulu@glaserweil.com
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

PETER M. BRANSTEN (SBN 113352)
pbransten@glaserweil.com
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 510-4815
Facsimile: (415) 510-4790

*Attorneys for Plaintiff*
*Dash.fi Technologies Inc.*

**WILMER CUTLER PICKERING HALE AND DORR LLP**
SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

MOLLY JENNINGS (*pro hac vice*)
Molly.Jennings@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

*Attorneys for Defendant*
*Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

DASH.FI TECHNOLOGIES INC.,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 3:26-cv-11130-RFL

**~~[PROPOSED]~~ ORDER ON CIVIL LOCAL RULE 6-2(a) STIPULATION REGARDING BRIEFING SCHEDULE**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. Plaintiff Dash.fi Technologies Inc.'s opposition to any motion Defendant Meta Platforms, Inc. files in response to the Complaint shall be due by December 21, 2026.

2. Meta's reply in support of any such motion shall be due by January 11, 2027.

Dated: October 30, 2026

Hon. Rita F. Lin
United States District Judge