**GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP**
JEFF K. JOYNER (SBN 180485)
jjoyner@glaserweil.com
GIANNA SEGRETTI (SBN 323645)
gsegretti@glaserweil.com
ROBERTO C. ARBULU (SBN 340381)
rarbulu@glaserweil.com
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

PETER M. BRANSTEN (SBN 113352)
pbransten@glaserweil.com
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 510-4815
Facsimile: (415) 510-4790

*Attorneys for Plaintiff*
*Dash.fi Technologies Inc.*

**WILMER CUTLER PICKERING HALE AND DORR LLP**
SONAL N. MEHTA (SBN 222086)
Sonal.Mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

MOLLY JENNINGS (*pro hac vice*)
Molly.Jennings@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

*Attorneys for Defendant*
*Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DASH.FI TECHNOLOGIES INC.,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:26-cv-11130-RFL<br><br>**JOINT CHART SUMMARIZING PLAINTIFF'S AND DEFENDANT'S SEALING REQUESTS AND REQUESTS TO MAINTAIN UNDER SEAL** |

Pursuant to the Court's October 22, 2026 Order Denying Motion for Temporary Restraining Order and Preliminary Injunction and Denying Motion to Strike as Moot (Dkt. 37), Plaintiff Dash.fi Technologies Inc. and Defendant Meta Platforms, Inc. submit the attached joint chart summarizing their sealing requests and requests to maintain under seal.

DATED: November 5, 2026

By: */s/ Roberto C. Arbulu*

JEFF K. JOYNER (SBN 180485)
jjoyner@glaserweil.com
GIANNA SEGRETTI (SBN 323645)
gsegretti@glaserweil.com
ROBERTO C. ARBULU (SBN 340381)
rarbulu@glaserweil.com
GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

PETER M. BRANSTEN (SBN 113352)
pbransten@glaserweil.com
GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 510-4815
Facsimile: (415) 510-4790

*Attorneys for Plaintiff*
*Dash.fi Technologies Inc.*

DATED: November 5, 2026

By: */s/ Molly Jennings*

SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

MOLLY JENNINGS (*pro hac vice*)
molly.jennings@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorneys for Defendant*
*Meta Platforms, Inc.*

## ATTORNEY ATTESTATION

I, Sonal N. Mehta, am the ECF User whose ID and password are being used to file this joint sealing chart. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: November 5, 2026

By: */s/ Sonal N. Mehta*
Sonal N. Mehta